**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Adriel Osorio,

Plaintiff(s),

v.

The Tile Shop, LLC,

Defendant(s).

Case No. 15 C 15
Judge Matthew F. Kennelly

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of defendant and against plaintiff on count 2 of plaintiff's second amended complaint. All other claims having been disposed of, this is a final and appealable judgment.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion .

Date: 7/5/2018

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk