**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIEL OSORIO, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE TILE SHOP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:15-CV-00015<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff Adriel Osorio, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from: 1) the Memorandum Opinion and Order granting summary judgment to Defendant The Tile Shop, LLC and denying summary judgment to Plaintiff (entered March 23, 2018, Dkt. #222); 2) the Minute Order directing entry of final judgment (entered July 5, 2018, Dkt. #243); and 3) The Final Judgment (entered July 5, 2018, Dkt. #244).

Dated: July 24, 2018

Respectfully submitted,

ADRIEL OSORIO, on behalf of
himself and all others similarly situated

By: /s/ Mark Bulgarelli, Esq.

Mark Bulgarelli, Esq.
Ilan Chorowsky, Esq.
PROGRESSIVE LAW GROUP, LLC
1570 Oak Avenue, Suite 103
Evanston, Illinois 60201
Tel: (312) 787-2717

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 24th day of July, 2018, the foregoing Plaintiff's Notice of Appeal was filed via the Court's CM/ECF system, which will send electronic notification to the attorneys of record at the e-mail addresses on file with the Court.

By: /s/ Mark Bulgarelli
One of the Plaintiff's Attorneys